IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CURTIS JAMES MCGUIRE | § | |
| VS. | § | CIVIL ACTION NO. 1:20-cv-193 |
| MAJOR WOODWARD | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Curtis James McGuire, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this civil rights lawsuit against Major Woodward, Grievance Officer Thomas and Medical Provider Davis. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion seeking a preliminary injunction. (Doc. #9.) Plaintiff asserts that an officer at the Scott Unit is preventing him from receiving medical care. Plaintiff seeks an injunction directing officials to provide him with medical care.

### Discussion

This lawsuit involves actions that occurred at the Stiles Unit, where Defendants are employed. In contrast, Plaintiff's motion involves conditions at the Scott Unit. There is no indication that any Defendant is employed at the Scott Unit. It therefore does not appear any of the named Defendants could provide Plaintiff with the relief sought. A plaintiff does not have standing to pursue injunctive relief when the named defendants do not have the authority to provide the relief sought. *McCreary v. Richardson*, 738 F.3d 651, 655 (5th Cir. 2013). As Plaintiff does not assert Defendants are employed at the Scott Unit, they cannot provide him with the relief requested in his motion. His motion should therefore be denied.

### Recommendation

The motion requesting a preliminary injunction should be denied.

<u>Objections</u>

Objections must be (1) specific, (2) in writing, and (3) served and filed within ten days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

Failure to object bars a party from (1) *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996).

**SIGNED this the 5th day of May, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE